**BILLHORN
 LAW
   FIRM**

## CONSENT TO BE PARTY PLAINTIFF

This agreement, entered into on this _18_ day of the month of **October**, between **DON CORRAL,** (Client) and John W. Billhorn, (Attorney), hereby authorizes and engages the Billhorn Law Firm to pursue back wages and other relief against **TEAM TECHNOLOGIES, INC., ASHWIN PATEL, & RICH WAGNER,** and by the signature below, **DON CORRAL,** hereby consents to be a party Plaintiff in said law suit.

CLIENT'S SIGNATURE